AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Khalid Elfoulki, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  14-CV-5964(PKC) |
| Brannons Sandwich Shop, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs'

Date:  08/27/2014

*Attorney's signature*

Adam A. Biggs (AB1228)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, NY 11021

*Address*

aab@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*