AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| KHALID ELFOULKI and KETEVAN CHICHINA, et al, <br> *Plaintiff* <br> v. <br> BRANNONS SANDWICH SHOP, LLC, et al, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Case No.    14-CV-5964(PKC)

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                              .

Date:  ____02/27/2015____

/s/ Anthony P. Malecki, Esq.
*Attorney's signature*

Anthony P. Malecki, Esq.
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
655 Third Avenue, Suite 1821
New York, NY 10017

*Address*

apm@employmentlawyernewyork.com
*E-mail address*

(212) 679-5000
*Telephone number*

(212) 679-5005
*FAX number*